## Commonwealth *v.* Champion, Appellant.

Argued April 14, 1969. *John J. Dean*, Assistant Public Defender, with him *George H. Ross*, Public Defender, for appellant; *Charles B. Watkins*, Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.